UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANSOOR ALAM,

                Plaintiff,

      v.

HSBC BANK USA, NATIONAL ASSOCIATION,

                Defendant.
------------------------------------------------------------X

Case No. 07 CV 3540 (LTS) (JCF)

**HSBC BANK USA, N.A.'S RULE 7.1 STATEMENT**

      Defendant HSBC Bank USA, National Association ("HSBC"), by its counsel, Meredith Friedman, states that it is a wholly owned subsidiary of HSBC USA, Inc., which is an indirectly wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. The shares of HSBC Holdings plc are publicly traded on certain foreign stock exchanges and are traded in the United States as American Depository Shares on the New York Stock Exchange. No publicly held corporation owns ten percent (10%) or more of HSBC's stock.

Dated: New York, New York
       May 25, 2007

                              HSBC Bank USA, National Association

                              By: /s/ Meredith L. Friedman
                                  Meredith L. Friedman (MF 8464)
                                  Scott D. Miller (SM 0856)
                                  452 Fifth Avenue, 7th Floor
                                  New York, NY 10018
                                  (212) 525-5000

TO:   Mansoor Alam
        Plaintiff *pro se*
        32 Clifton Street
        Farmingdale, NY 11735