

Office of General Counsel
(212) 525-3923

<u>Via ECF</u>

November 6, 2007

Hon. James Francis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Alam v. HSBC Bank USA, N.A.
             Case No. 07 CV 3540 (LTS) (JCF)

Dear Judge Francis:

The undersigned represents defendant HSBC Bank USA, National Association ("HSBC") in this matter.

Please accept this letter as HSBC's opposition to Plaintiff's Motion to Compel, undated but served October 27, 2007.

HSBC concedes it did not serve its Rule 26 automatic disclosures in a timely fashion. Those were not served until November 1, 2007. However, plaintiff has not served upon HSBC any discovery demands as to which HSBC has failed to respond. Neither has Plaintiff noticed HSBC's deposition. We therefore request that Plaintiff's motion to compel discovery be denied as moot.

Sincerely,

Meredith L. Friedman (MF 8464)
VP-Senior Counsel

cc:    Mr. Mansoor Alam (via US Mail)
       Plaintiff *pro se*
       32 Cliffton Street
       Farmingdale, NY 11735

HSBC Bank USA, National Association
452 Fifth Avenue, New York, NY 10018