UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
MANSOOR ALAM,                        : 07 Civ. 3540 (LTS) (JCF)
                                     :
                Plaintiff,           :        O R D E R
                                     :
        - against -                  :
                                     :
HSBC BANK USA, NATIONAL              :
ASSOCIATION,                         :
                Defendant.           :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:                       │
│ DATE FILED: 4/21/08          │
└─────────────────────────────┘
```

The parties having submitted a series of letters concerning discovery disputes, and a pretrial conference having been held on April 18, 2008, it is hereby ORDERED as follows.

1.   By April 30, 2008, defendant shall produce:

     a.   A document or documents identifying all employees in the import/export department for the years 2003, 2004, 2005, and 2006, including all available demographic information, the numerical evaluation for each employee fo each year, and the date on which each employee joined or left the unit if such an event occurred during one of the years indicated;

     b.   The narrative performance evaluation for all document examiners in the import/export department who received a rating of "4" during 2004; and

     c.   A copy of the latest version of the employee handbook that was distributed in pamphlet form (rather than being made available exclusively in electronic form).

2.   Plaintiff may take the depositions of K.P. Choi and Ian Wright.  His application to take additional depositions is denied

without prejudice to renewal if plaintiff can show, on the basis of the testimony of Mr. Choi or Mr. Wright, that such further depositions are reasonably necessary.

3.    The depositions of plaintiff and of Mr. Choi and Mr. Wright shall be completed by May 15, 2008.


SO ORDERED.


JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          April 21, 2008


Copies mailed this date:

Mansoor Alam
32 Clifton Street
Farmingdale, New York 11735

Meredith L. Friedman, Esq.
Scott D. Miller, Esq.
HSBC Bank USA, N.A.
452 Fifth Avenue, 7th Floor
New York, New York 10018