

Office of General Counsel
(212) 525-3923

**Via Fax & US Mail**

June 26, 2008

Hon. James Francis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

  Re: Alam v. HSBC Bank USA, N.A.
    Case No. 07 CV 3540 (LTS) (JCF)

Dear Judge Francis:

The undersigned represents defendant HSBC Bank USA, National Association ("HSBC") in this matter.

The current discovery schedule requires that all dispositive motions be filed by June 27, 2008. Given that Mr. Alam has appealed to Judge Swain for review of one of your orders, HSBC is requesting that you please extend the date by which dispositive motions must be filed to a date at least thirty (30) days after Judge Swain rules on that appeal.

Thank you.

Sincerely,

*[signature]*

Meredith L. Friedman (MF 8464)
VP-Senior Counsel

cc: Mr. Mansoor Alam (via overnight delivery)
  Plaintiff pro se
  32 Cliffton Street
  Farmingdale, NY 11735

*[Handwritten on right side:]*
6/27/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

HSBC Bank USA, National Association
452 Fifth Avenue, New York, NY 10018