**HSBC** ◁▷

MEMO ENDORSED

Office of General Counsel
(212) 525-3923

<u>Via Fax & US Mail</u>                                          August 8, 2008

Hon. James Francis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

   Re: Alam v. HSBC Bank USA, N.A.
     Case No. 07 CV 3540 (LTS) (JCF)

Dear Judge Francis:

The undersigned represents defendant HSBC Bank USA, National Association ("HSBC") in this matter.

HSBC did not file its motion for summary judgment within the time directed by the Court because I was advised by Mr. Alam that he was in the process of transcribing the taped depositions of both HSBC witnesses. Enclosed are the letters written by Mr. Alam explaining this to me.

I spoke with Mr. Alam last night, and he believes he will finish transcribing the tapes by the end of August.

HSBC requests 45 days after receipt of the transcripts to serve and file its motion for summary judgment. We will alert the Court upon receipt of the transcripts.

Thank you.

Sincerely,

*[signature]*

Meredith L. Friedman (MF 8464)
VP-Senior Counsel

cc: Mr. Mansoor Alam (via overnight delivery)
   Plaintiff *pro se*
   32 Clifton Street
   Farmingdale, NY 11735

*Handwritten endorsement:*
8/11/08
The time to move for summary judgment is extended to September 30, 2008.
SO ORDERED.
James C. Francis IV
USMJ

HSBC Bank USA, National Association
452 Fifth Avenue, New York, NY 10018